UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT L. MERCER, *as trustee of the* ROBERT L. MERCER REVOCABLE TRUST,<br><br>       Petitioner,<br><br>       -v.-<br><br>ERIN STUART LLC,<br><br>       Respondent. | 23 Civ. 10588 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

  On December 4, 2023, Petitioners filed a petition to confirm an arbitration award. (Dkt. # 1). Proceedings to confirm an arbitration award must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co., Inc.* v. *Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). Accordingly, it is hereby ORDERED that Petitioner shall move for confirmation of the arbitral award in the form of a motion for summary judgment — in accordance with Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56.1 of the Southern District of New York — by **April 26, 2024**. Respondent's opposition, if any, is due on **May 24, 2024**. Petitioner's reply, if any, is due **June 7, 2024.**

  SO ORDERED.

Dated: March 22, 2024
     New York, New York

                   */s/ Katherine Polk Failla*
                   KATHERINE POLK FAILLA
                   United States District Judge