UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
ROBERT L. MERCER, as Trustee of the Robert L. Mercer Revocable Trust,

                Petitioner,                            23 **CIVIL** 10588 (KPF)

    -against-                                   **JUDGMENT**

ERIN STEWART LLC,

                Respondent.
------------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated October 31, 2024, the Court GRANTS Petitioner's motion for summary judgment. Judgment is hereby entered in favor of Petitioner in the amount of $129,351.24, the amount of the Amended Final Award, which comprises $78,750 in unpaid rent and utilities, $8,634.69 in unpaid shares of utilities, $13,981.55 in pre-award interest, $3,150 in late charges, $21,479 in attorneys' fees, and $3,356 in arbitration-related fees and compensation. Additionally, pre-judgment interest on the Amended Final Award accrued at a rate of sixteen percent per annum from November 9, 2023, through the date of judgment in the amount of $20,299.29. Post-judgment interest will accrue at the statutory rate pursuant to 28 U.S.C. § 1961; accordingly, the case is closed.

**Dated:** New York, New York
         November 1, 2024

                                                       DANIEL ORTIZ
                                                       Acting Clerk of Court

                                      BY: _____
                                                     Deputy Clerk